UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

David Silvia,

    Plaintiff(s),

v.                                                                              CIVIL ACTION NO. 1:14cv13259 - RGS

Synchrony Bank f/k/a GE Capital Retail Bank;
and DOES 1-10, inclusive,

    Defendant(s).

## SETTLEMENT ORDER OF DISMISSAL

STEARNS, DJ.

The Court having been advised by counsel that the above-entitled action has settled.

It is hereby ordered that this action be dismissed without costs and without prejudice to the right of any party, upon good cause shown, to restore this action to the docket within 60 days if settlement is not consummated.

SO ORDERED.

RICHARD G. STEARNS
UNITED STATES DISTRICT JUDGE

BY:

/s/ *Terri Seelye*

Dated: November 7, 2014                                    Deputy Clerk